United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YOHANNY CASTILLO-RAMIREZ, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-04381 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| RANDY TATE, Respondent. | § | |

## ORDER DENYING RECONSIDERATION

A petition for writ of *habeas corpus* was previously dismissed in this action, and final judgment was entered. Dkts 6 & 7. Pending is a motion by Petitioner Yohanny Castillo-Ramirez for reconsideration in light of *Sosnava Rodriguez v Ortega*, 2026 WL 1906557 (5th Cir). Dkt 9.

On July 2, 2026, the Fifth Circuit issued a decision with respect to the constitutionality of detention under 8 USC §1225(b)(2)(A). See *Sosnava Rodriguez*, 2026 WL 1906557. With reference to limitations imposed by the Due Process Clause, the decision holds that the Government may detain individuals under the subject statute "for ninety days but no longer without a bond hearing," and that "at the hearing, the Government must articulate an individualized justification for further detention without bond." Id at *16. On July 10, 2026, however, that decision was vacated pending rehearing *en banc*. See *Sosnava Rodriguez v Ortega*, 2026 WL 2014647 (5th Cir). This means that it is currently "of no precedential value." *Comer v Murphy Oil USA, Inc*, 718 F3d 460, 468 (5th Cir 2013).

Petitioner notes that he has been detained for over ninety days without a bond hearing. But given vacatur of the panel decision in *Sosnava Rodriguez*, the motion

presents no legal authority justifying reconsideration of the prior order on dismissal.

The motion by Petitioner Yohanny Castillo-Ramirez for reconsideration is DENIED. Dkt 9.

Petitioner is ADVISED to follow the *en banc* proceedings of the Fifth Circuit in *Sosnava Rodriguez*. He may file another motion for reconsideration or a later petition if warranted after those proceedings conclude.

SO ORDERED.

Signed on July 20, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge